UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JEFFREY DERRAN TABB,

                    Plaintiff,

  -against-                                    ORDER

COMMISSIONER OF SOCIAL SECURITY,       20 Civ. 242 (GBD) (DCF)

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

    Plaintiff Jeffrey Derran Tabb brought this action against Defendant the Commissioner of Social Security under the Social Security Act, seeking judicial review of a final decision of the Commissioner of Social Security declining to waive recovery of supplemental security income ("SSI") disability overpayment. Defendant moved to remand the case for further administrative proceedings pursuant to 42 U.S.C. § 405(g), (ECF No. 24), including to reconsider whether Plaintiff was without fault with respect to the overpayment of his SSI benefits. Plaintiff did not file any opposition to that motion.

    Defendant's unopposed motion to remand this matter for further administrative proceedings is GRANTED.

    The Clerk of Court is directed to close the motion accordingly.

Dated: New York, New York  
April 26, 2021

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS  
United States District Judge