**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JEFFREY DERRANT TABB,

                    Plaintiff,                20 **CIVIL** 242 (GBD) (DCF)

        -v-                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated April 26, 2021, Defendant's unopposed motion to remand this matter for further administrative proceedings is granted. the case is remanded for further administrative proceedings pursuant to 42 U.S.C. § 405(g), (ECF No. 24), including to reconsider whether Plaintiff was without fault with respect to the overpayment of his SSI benefits. Plaintiff did not file any opposition to that motion.

**Dated:**  New York, New York
          April 26, 2021

                                                  **RUBY J. KRAJICK**
                                                   Clerk of Court
                                       **BY:**
                                                    Deputy Clerk